| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Ofuoma Odje, *et al.*, §
§
    Plaintiffs, §
§
*versus* §    Civil Action H-10-2730
§
Hewlett Packard Company, §
§
    Defendant. §

## Order Staying Expunction

1. The expunction of Ofumoa Odje's and Bertrand Lancksweert's records is stayed.

2. Their prosecution records must be preserved, and used solely as evidence in this case. The data may not disclosed to the public.

3. Testimony about their prosecutions may be given.

Signed on August 16, 2010, at Houston, Texas.

                                     Lynn N. Hughes
                             United States District Judge