IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OFUOMA ODJE and<br>BERTRAND LANCKSWEERT<br><br>  Plaintiffs,<br><br>vs.<br><br>HEWLETT PACKARD COMPANY,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:10 cv-02730<br>(UNOPPOSED MOTION) |

## ORDER OF DISMISSAL

Having considered Plaintiffs' Unopposed Motion for Dismissal With Prejudice, the Court ORDERS that Plaintiffs' Motion is GRANTED and that all Plaintiffs' claims are dismissed with prejudice.

SIGNED on May _____, 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge