| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Ofuoma Odje, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-10-2730 |
| Hewlett Packard Company, | § § § | |
| Defendant. | § § | |

## Final Dismissal

1. Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on May 9, 2011, at Houston, Texas.

*[signature]*

Lynn N. Hughes
United States District Judge